## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Beverly Robinson

**(b)** County of Residence of First Listed Plaintiff _Lake_
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** Morgan Stanley, Oscar Financial Services, KPMG, Rocco Degrassi, Tony Deluca, Karen Pollmeyer, Carla Hoffman, Bernice Lee, Kelly McManos, Carley David, Kerry Avery, Dave Ott, Vesela Flater

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) Ross Friedman, Morgan Lewis & Beckias, 77 W. Wacker, 5th Fl., Chicago, IL 60601

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

06CV5158
JUDGE HOLDERMAN
MAG. JUDGE SCHENKIER

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 630 Liquor Laws | | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | **PROPERTY RIGHTS** | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 345 Marine Product Liability | 660 Occupational Safety/Health | 830 Patent | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 690 Other | 840 Trademark | 490 Cable/Satellite TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | | | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Inj. | | **SOCIAL SECURITY** | 850 Security/Commodity/Exch |
| 195 Contract Product Liability | | **PERSONAL INJURY** | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | 362 Personal Injury— Med. Malpractice | | 862 Black Lung (923) | 891 Agricultural Acts |
| | 365 Personal Injury — Product Liability | **LABOR** | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| | 368 Asbestos Personal Injury Product Liability | 710 Fair Labor Standards Act | 864 SSID Title XVI | 893 Environmental Matters |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | 720 Labor/Mgmt. Relations | 865 RSI (405(g)) | 894 Energy Allocation Act |
| | 370 Other Fraud | 730 Labor/Mgmt. Reporting & Disclosure Act | | 895 Freedom of Information Act |
| 210 Land Condemnation | 371 Truth in Lending | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 220 Foreclosure | 380 Other Personal Property Damage | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 230 Rent Lease & Ejectment | 385 Property Damage Product Liability | 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 240 Torts to Land | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| 245 Tort Product Liability | 441 Voting | 510 Motions to Vacate Sentence | | |
| 290 All Other Real Property | [X] 442 Employment | Habeas Corpus: | | |
| | 443 Housing/ Accommodations | 530 General | | |
| | 444 Welfare | 535 Death Penalty | | |
| | 445 ADA—Employment | 540 Mandamus & Other | | |
| | 446 ADA — Other | 550 Civil Rights | | |
| | 440 Other Civil Rights | 555 Prison Condition | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

### VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

### VIII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

### IX. This case

- [X] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 9/22/06

SIGNATURE OF ATTORNEY OF RECORD

**FILED**

SEP 22 2006
SEP 22, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT