**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BEVERLY E. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06 C 5158 |
| v. | ) | Chief Judge Holderman |
| | ) | Magistrate Judge Schenkier |
| MORGAN STANLEY, DISCOVER | ) | |
| FINANCIAL SERVICES, KPMG, ROCCO | ) | |
| DEGRASSE, TONY DELUCA, KAREN | ) | |
| DOLLMEYER, CAROLE HOFFMAN, | ) | |
| BERNICE JEE, KELLY MCNAMARA- | ) | |
| CORLEY, DAVID OPPENHEIM, KERRY | ) | |
| PIERCY, DAVID SUTTER, VESELA | ) | |
| ZLATEVA | ) | |
| | ) | |
| Defendants. | ) | |

_____

## EMERGENCY JOINT MOTION TO AMEND SCHEDULING DATES

Plaintiff Beverly Robinson and Defendants Morgan Stanley, DFS Services LLC
(formerly known as Discover Financial Services LLC), KPMG, Rocco DeGrasse, Tony DeLuca,
Karen Dollmeyer, Carole Hoffman, Bernice Jee, Kelly McNamara-Corley, David Oppenheim,
Kerry Piercy, David Sutter and Vesela Zlateva, respectfully move to amend several of the
pending scheduled dates in this case. In support of their motion, the parties state as follows:

1.      On September 24, 2007, this Court entered an order providing that Plaintiff was to
file an amended Complaint on or before October 15, 2007, and Defendants were to answer or
otherwise plead on or before October 29, 2007. Plaintiff filed her First Amended Complaint on
October 15, 2007. However, despite containing fewer claims than the original Complaint,
Plaintiff's First Amended Complaint is approximately 45 paragraphs longer than her original

Complaint.  Defendants therefore respectfully request two additional weeks to answer or otherwise plead, to November 12, 2007.  Plaintiff does not object to this extension.

2.      In its September 24, 2007 Order, the Court also set the following dates: November 9, 2007, for the parties to hold a Rule 26(f) scheduling conference; November 15, 2007, for the parties to file an agreed Form 35; and November 21, 2007, for the parties to report on status and scheduling conference.  The Morgan Stanley Defendants (all Defendants except KPMG and Rocco DeGrasse) plan to file a Motion to Dismiss portions of the First Amended Complaint.  Defendants KPMG and Rocco DeGrasse plan to file a Motion to Dismiss the First Amended Complaint as it pertains to them.  In addition, Plaintiff's "Motion to Alter or Amend Decision And Grant Leave of Court to File an Amended Complaint for Plaintiff's Intentional Infliction of Emotional Distress Count" is still pending before the Court.  For these reasons, all parties request that the preceding dates be postponed indefinitely, pending resolution of the forthcoming Motions to Dismiss and the Motion to Alter or Amend.

3.      On October 11, 2007, in open court, the Court ordered that the Morgan Stanley Defendants respond in writing to Plaintiff's "Motion to Alter or Amend Decision And Grant Leave of Court to File an Amended Complaint for Plaintiff's Intentional Infliction of Emotional Distress Count." by October 25, 2007, and that Plaintiff reply in writing by November 8, 2007. The Morgan Stanley Defendants will file their response on October 25, 2007.  Plaintiff respectfully requests an extension until November 19, 2007, to reply.  The Morgan Stanley Defendants do not object to this extension.

WHEREFORE, based on the foregoing reasons, parties respectfully request that the Court enter an order granting Defendants an extension of time, through and including November 12, 2007, to file their Response to Plaintiff's First Amended Complaint; striking indefinitely all

the scheduling dates set forth in the Court's September 24, 2007 Order, pending resolution of

Defendants' forthcoming Motions to Dismiss and Plaintiff's Motion to Alter or Amend

Judgment; and granting Plaintiff an extension of time, through and including November 19,

2007, to file her Reply in Support of Her Motion to Alter or Amend Decision And Grant Leave

of Court to File an Amended Complaint for Plaintiff's Intentional Infliction of Emotional

Distress Count.

Respectfully submitted,

MORGAN STANLEY, DISCOVER
FINANCIAL SERVICES, TONY DELUCA,
KAREN DOLLMEYER, CAROLE
HOFFMAN, BERNICE JEE, KELLY
MCNAMARA-CORLEY, DAVID
OPPENHEIM, KERRY PIERCY, DAVID
SUTTER, and VESELA ZLATEVA

By: /s/ Ross Friedman
        One of Its Attorneys

KPMG and ROCCO DEGRASSE

By: /s/ Catherine Towne
        One of Its Attorneys

BEVERLY ROBINSON, PRO SE

By: /s/ Beverly Robinson