# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

| | |
|---|---|
| Beverly Robinson ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 06 C 5158 |
| Morgan Stanley et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:
Judgment is entered in favor of defendants on plaintiff's remaining claims which are Counts 1, 2, 6 and 7.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  James F. Holderman  on a motion for  summary judgment.

Date:  Aug 31, 2011                    Michael W. Dobbins, Clerk of Court

                                       /s Alyce Mobley Morris, Deputy Clerk